UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUNCIA LAWSON AND MINNIE REED | § § | CA NO.: 2:19-cv-10339 |
| VERSUS | § § | |
| OAKWOOD SHOPPING CENTER, LLC; AND/OR SHOE SHOW, INC. D/B/A SHOE DEPT. ENCORE, ABC INSURANCE COMPANY, SCHINDLER ELEVATOR CORPORATION, AND DEF INSURANCE COMPANY | § § § § § § | SECTION "__" - JUDGE _____  DIV. __ – MAG. JUDGE _____ |

**NOTICE OF REMOVAL**

Schindler Elevator Corporation ("Schindler"), sought to be made a defendant in this matter, who, on reserving all rights and defenses, including, but not limited to, all defenses contained in Federal Rule of Civil Procedure 12, respectfully represents that it desires to remove this matter to the United States District Court for the Eastern District of Louisiana, and that removal on the grounds of diversity of citizenship is proper for the reasons explained below:

1.

On March 25, 2019, a civil action entitled *"Suncia Lawson and Minnie Reed v. Oakwood Shopping Center, LLC, et al.,"* Case No. 793482, Division "G" was filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. (A copy of the Petition for Damages is attached as Exhibit "A.")

2.

Schindler first received a copy of the Petition for Damages on April 10, 2019.

3.

As of this date, no appearance has been made by Oakwood Shopping Center, LLC ("Oakwood") or Shoe Show, Inc. ("Shoe Show").

4.

Thirty days have not expired since the receipt by Schindler, through service or otherwise, of a copy of the initial filed pleadings setting forth the claim for relief upon which such action is based.

5.

Plaintiff Suncia Lawson asserts in the Petition that she is a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana.

6.

Plaintiff Minnie Reed asserts in the Petition that she is a person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana.

7.

Schindler is a Delaware corporation with its principal place of business in New Jersey.

8.

Oakwood is a Delaware corporation with its principal place of business in Illinois.

9.

Shoe Show is a North Carolina corporation with its principal place of business in North Carolina.

10.

Based on the allegations contained in the pleadings, there is complete diversity of citizenship.

11.

The aforesaid Petition for Damages seeks recovery of damages for personal injuries allegedly sustained by Plaintiffs, Suncia Lawson and Minnie Reed, in an alleged escalator

incident on May 27, 2018, near Shoe Dept. Encore in Oakwood Shopping Center, 197 Westbank Expressway, Gretna, Louisiana. The nature of this alleged incident is more fully stated in the Petition for Damages.

12.

Plaintiff Suncia Lawson specifically alleges that, as a result of the incident, she "suffered personal and bodily injuries including, but not limited to, injuries to her neck, back, left shoulder, right knee, and ankles. All of her damages are serious in nature and require continuing medical care and treatment."

13.

Plaintiff Minnie Reed specifically alleges that, as a result of the incident, she "suffered personal and bodily injuries including, but not limited to, injuries to her back, right knee, ankle, and foot. All of her injuries are serious in nature and require continuing medical care and treatment."

14.

Both Plaintiffs seek to be compensated for "past, present, and future mental pain and suffering"; "past, present, and future physical pain and suffering"; "past, present, and future medical expenses"; "loss of enjoyment of life"; "past, present, and future lost wages"; and "loss of earning capacity."

15.

Based on these allegations as described by Plaintiffs, and while not admitting that Plaintiffs sustained any injuries or damages in the alleged incident, it appears that the amount in controversy exceeds the $75,000 jurisdictional amount of this court, exclusive of interest and costs, and accordingly, there is original jurisdiction over the subject matter of this action in this

Court, as provided in 28 U.S.C. §1332, and that said action may be removed by Defendants pursuant to the provisions of 28 U.S.C. §1441.

16.

Filed herewith are copies of all processes, pleadings, and Orders served on Schindler, all as required by 28 U.S.C. § 1446(a). (Attached *in globo* as Exhibit "B.")

17.

Promptly upon filing this Notice of Removal, written notice thereof is being given to Plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of the aforesaid state court to effect the removal of this action as provided by law. (A copy of the Notice of Filing of Notice of Removal is attached as Exhibit "C.")

WHEREFORE, Defendant Schindler Elevator Corporation prays that this Notice of Removal be accepted as good and sufficient, and that the aforesaid civil action be removed from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, into this Court for trial and determination as provided by law; that this Court may enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in state court in said civil action, and thereupon proceed with this civil action as if originally commenced in this Court, and that all orders and decrees necessary or appropriate and in accordance with the law in such cases be made and provided.

THE AUBERT LAW FIRM

BY: /s/ *Christopher J. Aubert*
CHRISTOPHER J. AUBERT, T.A.
Louisiana State Bar Association No. 14057
Email: caubert@aubertlaw.com
JAMES P. MEYER
Louisiana State Bar Association No. 14220
Email: jmeyer@aubertlaw.com
222 North Vermont Street
Covington, Louisiana 70433
Telephone: (985) 809-2000
Facsimile:  (985) 809-2001
ATTORNEYS FOR DEFENDANT
SCHINDLER ELEVATOR CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Removal was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following counsel, by operation of the Court's electronic filing system, this 10th day of May 2019:

>Jason N. Baer, Esquire
>Email: jbaer@baerlawllc.com
>Joshua A. Stein, Esquire
>Email: jstein@baerlawllc.com
>BAER LAW, LLC
>3000 Kingman St., Ste. 200
>Metairie, LA 70006
>- and -
>Michael S. Brandner, Jr., Esquire
>Email: mbrandner@mikebrandner.com
>Scot Koloski, Esquire
>Email: skoloski@mikebrandner.com
>MIKE BRANDER INJURY ATTORNEYS
>2000 Clearview Pkwy., Ste. 201
>Metairie, LA 70001
>ATTORNEYS FOR PLAINTIFFS

>/s/ *Christopher J. Aubert*
>CHRISTOPHER J. AUBERT