$580
835

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO.: 793482   DIVISION: "G"

### SUNCIA LAWSON AND MINNIE REED

### VERSUS

### OAKWOOD SHOPPING CENTER, LLC AND/OR SHOE SHOW, INC. d/b/a SHOE DEPT. ENCORE, ABC INSURANCE COMPANY, SCHINDLER ELEVATOR CORPORATION, AND DEF INSURANCE COMPNAY

FILED: _____   _____
                                          DEPUTY CLERK

************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, SUNCIA LAWSON AND MINNIE REED, who respectfully submits the following Petition for Damages:

### I. INTRODUCTION

1.

This cause of action arises out of an incident that occurred on or about May 27, 2018 in the Parish of Jefferson, State of Louisiana.

### II. THE PARTIES

2.

Made Plaintiffs herein are:

SUNCIA LAWSON ("Suncia"), a person of the full age of the majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana; and

MINNIE REED ("Minnie"), a person of the full age of the majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana

3.

Made Defendants herein are:

OAKWOOD SHOPPING CENTER, LLC (hereinafter, "Oakwood"), a foreign limited liability company, authorized to do and doing business in the State of Louisiana, who upon

24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER

EXHIBIT A

1



information and belief was at all times relevant herein the company responsible for maintenance and operation of the escalator that caused the May 27, 2018 incident at issue;

SHOE SHOW, INC. d/b/a SHOE DEPT. ENCORE (hereinafter, "Shoe Show"), a foreign business corporation, authorized to do and doing business in the State of Louisiana, who upon information and belief was at all times relevant herein the company responsible for maintenance and operation of the escalator that caused the May 27, 2018 incident at issue;

ABC INSURANCE COMPANY, a domestic or foreign insurance company authorized to do and doing business in the State of Louisiana, that upon information and belief was at all times relevant hereto the insurer of Oakwood and/or Shoe Show;

SCHINDLER ELEVATOR CORPORATION (hereinafter, "Schindler"), a foreign business corporation, authorized to do and doing business in the State of Louisiana, who upon information and belief was at all times relevant herein a company responsible for manufacturing, maintenance and/or operation of the escalator that caused the May 27, 2018 incident at issue; and

DEF INSURANCE COMPANY, a foreign or domestic insurance company authorized to do and doing business in the State of Louisiana, which at all times material hereto issued a policy of insurance that insured Schindler Elevator Corporation.

### III. VENUE

4.

Venue in this Court is proper according to Louisiana Code of Civil Procedure, Article 42 and 74, *et seq*. because the wrongful conduct occurred in Jefferson Parish., and the Plaintiffs are domiciled in Jefferson Parish. Venue is also proper in this Court pursuant to Louisiana Code of Civil Procedure, Article 76, because the loss occurred in Jefferson Parish.

### IV. JURISDICTION

5.

This Court has personal jurisdiction over Oakwood pursuant to La. R.S. § 13:3201 because it (1) is a foreign or domestic entity doing business in and regularly transacting business in Louisiana, (2) regularly contracts to supply services in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state).

2



24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER


6.

This Court has personal jurisdiction over Shoe Show pursuant to La. R.S. § 13:3201 because it (1) is a foreign or domestic entity doing business in and regularly transacting business in Louisiana, (2) regularly contracts to supply services in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state).

7.

This Court has personal jurisdiction over Schindler pursuant to La. R.S. § 13:3201 because it (1) is a foreign or domestic entity doing business in and regularly transacting business in Louisiana, (2) regularly contracts to supply services in Louisiana, and (3) has minimum contacts in Louisiana such that maintenance of this suit will not offend traditional notions of fair play and substantial justice (including purposefully directing its business to those within this state).

8.

This Court has original subject matter jurisdiction over this cause of action.

### V.  FACTS OF INCIDENT

9.

On or about May 27, 2018, Oakwood was the owner of the building, of which Shoe Show was a tenant, located at municipal address 197 Westbank Expressway, Gretna, Louisiana 70053.

10.

At the same date and time, Schindler, the manufacturer of the escalator at issue, and Oakwood and/or Shoe Show were the entities responsible for maintenance and operation of the escalator located at 197 Westbank Expressway, Gretna, Louisiana 70053.

11.

Plaintiffs, Suncia and Minnie, were riding on the escalator, located near Shoe Show in Oakwood, on the date of incident.

12.

Suddenly and without warning the escalator malfunctioned, causing the metal stairs to collide, buckle, and fold over on top of themselves.

24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER



3

13.

The malfunctioning escalator caused Plaintiffs' bodies to twist and turn in a violent manner and/or fall.

14.

Suncia's twist and/or fall caused her to experience immediate pain in her neck, back, left shoulder, right knee, and ankles.

15.

Minnie's twist and/or fall caused her to experience immediate pain in her back, right knee, ankle, and foot.

16.

Upon information and belief, the Oakwood and/or Shoe Show and/or Schindler knew that there were defects in this escalator.

VI. **FAULT OF OAKWOOD SHOPPING CENTER, LLC AND/OR SHOE SHOW, INC. d/b/a SHOE DEPT. ENCORE AND/OR SCHINDLER ELEVATOR CORPORATION**

17.

The above described May 27, 2018 incident and the resulting injuries to Suncia and Minnie were solely and proximately caused through the negligence of Oakwood Shopping Center, LLC and/or Shoe Show, Inc. d/b/a Shoe Dept. Encore and/or Schindler Elevator Corporation, which negligence includes, but is not limited to, the following actions and/or inaction:

a) Failure to maintain the escalator in a safe condition for patrons and/or employees;

b) Failure to notice the dangerous condition of the escalator;

c) Failure to make repairs in a timely manner;

d) Failure to make adequate repairs to the escalator;

e) Failure to warn users of the dangerous condition of the escalator;

f) Failure to adequately warn users of the dangers posed by the escalator;

g) Failure to perform and/or institute adequate inspection procedures;

h) Failure to have regular inspections for possible dangerous conditions;

i) Acting in violation of the laws of the State of Louisiana and/or the Parish of Jefferson, all of which acts may be properly proven at the trial of this matter; and



03/29/2019 09:07:56 CERTIFIED TRUE COPY - Pg:4 of 11 - Jefferson Parish Clerk of Court - ID:1941060

24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER

j) Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

### VII. LIABILITY OF ABC INSURANCE COMPANY AND DEF INSURANCE COMPANY

18.

ABC Insurance Company, at all times relevant herein, had in full force and effect a policy of liability insurance coverage in favor of defendant, Oakwood and/or Shoe Show, as a company responsible for maintenance and operations of the escalator in connection with the May 27, 2018 incident at issue herein.

19.

As a result of the foregoing and as per applicable Louisiana law, ABC Insurance Company has been named herein as party-defendant and is answerable and/or responsible for the negligence and/or liability of Oakwood and/or Shoe Show.

20.

Plaintiffs reiterate the allegations contained in Paragraphs 1 through 19, as if copied herein *in extenso*. Upon information and belief, and at all times pertinent hereto, including May 27, 2018, Schindler was insured by and had in full force and effect a policy of insurance with DEF Insurance Company for liability of the nature and kind made the basis of this lawsuit and, therefore, DEF Insurance Company is liable unto Plaintiffs jointly and severally with Schindler. As a result, DEF Insurance Company is being sued directly and is a named defendant herein pursuant to the Louisiana Direct Action Statute, LA. R.S. 22:1269.

### VIII. DAMAGES

21.

As a result of said May 27, 2018 escalator incident, Suncia suffered personal and bodily injuries including, but not limited to, injuries to her neck, back, left shoulder, right knee, and ankles. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.



03/29/2019 09:07:56 CERTIFIED TRUE COPY - Pg:5 of 11 - Jefferson Parish Clerk of Court - ID:1941060

**22.**

Suncia's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Oakwood and/or Shoe Show and/or Schindler.

**23.**

As a result of the incident at issue, Suncia suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

**24.**

As a result of said May 27, 2018 escalator incident, Minnie suffered personal and bodily injuries including, but not limited to, injuries to her back, right knee, ankle, and foot. All of her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**25.**

Minnie's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Oakwood and/or Shoe Show and/or Schindler.

**26.**

As a result of the incident at issue, Minnie suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b) Past, present, and future physical pain and suffering;

c) Past, present, and future medical expenses;

d) Loss of enjoyment of life;

24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER



6

e) Past, present, and future lost wages;

f) Loss of earning capacity; and

g) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, Plaintiffs, SUNCIA LAWSON AND MINNIE REED, pray that Defendants, OAKWOOD SHOPPING CENTER, LLC AND/OR SHOE SHOW, INC. d/b/a SHOE DEPT. ENCORE, ABC INSURANCE COMPANY, SCHINDLER ESCALATOR CORPORATION, and DEF INSURANCE COMPANY be served with a copy of this Petition, and, after being duly cited to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

24th E-Filed: 03/25/2019 16:49:00 Case: 793482 Div:G Atty:031609 JASON M BAER

***SIGNATURE BLOCK ON FOLLOWING PAGE***

7



Respectfully Submitted,

BAER LAW, LLC

BY: _____
JASON M. BAER (# 31609)
JOSHUA A. STEIN (# 37885)
3000 Kingman St., Ste 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com
*Counsel for Plaintiffs*

and

MIKE BRANDER INJURY ATTORNEYS
Michael S. Brandner, Jr., Bar No. 27973
Scot Koloski, Bar No. 27537
2000 Clearview Parkway, Suite 201
Metairie, LA 70001
Telephone: (504) 345-1111
Facsimile: (504) 521-7550
Email: Mbrandner@mikebrandner.com
Email: SKoloski@mikebrandner.com
*Counsel for Plaintiffs*

PLEASE SERVE:

OAKWOOD SHOPPING CENTER, LLC
*Through its Registered Agent:*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

SHOE SHOW, INC. d/b/a SHOE DEPT. ENCORE
*Through its Registered Agent:*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

SCHINDLER ELEVATOR CORPORATION
*Through its Registered Agent:*
CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

***PLEASE WITHHOLD SERVICE ON ABC INSURANCE COMPANY AND DEF INSURANCE COMPANY***



03/29/2019 09:07:56 CERTIFIED TRUE COPY - Pg:8 of 11 - Jefferson Parish Clerk of Court - ID:1941060
JON A. GEGENHEIMER