24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO: 793482                                                                    DIVISION "G"

SUNCIA LAWSON AND MINNIE REED

VERSUS

OAKWOOD SHOPPING CENTER, LLC AND/OR SHOE SHOW, INC.
D/B/A SHOE DEPT. ENCORE, ABC INSURANCE COMPANY,
SCHINDLER ELEVATOR CORPORATION, AND DEF INSURANCE COMPANY

FILED: _____          _____
                                                            DEPUTY CLERK

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO:    Plaintiffs, Suncia Lawson and Minnie Reed
       Through their counsel of record:
       Jason N. Baer, Esquire
       BAER LAW, LLC
       3000 Kingman St., Ste. 200
       Metairie, LA 70006

       PLEASE TAKE NOTICE that Schindler Elevator Corporation, Defendant in the above-

captioned matter, filed in the United States District Court for the Eastern District of Louisiana its

Notice of Removal of the above-captioned civil action to the United States District Court for the

Eastern District of Louisiana.

       A copy of the Notice of Removal, attached as Exhibit "1," is herewith served upon you as

counsel of record for Plaintiffs; a copy of the Notice is also being filed with the Clerk of Court

for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in conformity

with 28 U.S.C. 1446(d), as amended.

**THE AUBERT LAW FIRM**

BY:    _____
       CHRISTOPHER J. AUBERT, T.A.
       Louisiana State Bar Association No. 14057
       Email: caubert@aubertlaw.com
       JAMES P. MEYER
       Louisiana State Bar Association No. 14220
       Email: jmeyer@aubertlaw.com
       222 North Vermont Street
       Covington, Louisiana 70433
       Telephone: (985) 809-2000
       Facsimile: (985) 809-2001
       ATTORNEYS FOR DEFENDANT
       SCHINDLER ELEVATOR CORPORATION

EXHIBIT

C

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that a copy of the foregoing Notice of Filing of Notice of Removal has been served on the following counsel by electronic mail, facsimile machine, or United States mail, postage prepaid and properly addressed, this 10th day of May 2019:

> Jason N. Baer, Esquire
> Email: jbaer@baerlawllc.com
> Joshua A. Stein, Esquire
> Email: jstein@baerlawllc.com
> Baer Law, LLC
> 3000 Kingman St., Ste. 200
> Metairie, LA 70006
> - and -
> Michael S. Brandner, Jr., Esquire
> Email: mbrandner@mikebrandner.com
> Scot Koloski, Esquire
> Email: skoloski@mikebrandner.com
> Mike Brander Injury Attorneys
> 2000 Clearview Pkwy., Ste. 201
> Metairie, LA 70001
> ATTORNEYS FOR PLAINTIFFS

_____
JAMES P. MEYER