UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUNCIA LAWSON AND MINNIE REED | § | CA NO.: 2:19-cv-10339-MLCF-MBN |
| | § | |
| VERSUS | § | |
| | § | |
| OAKWOOD SHOPPING CENTER, LLC; AND/OR | § | SECTION "F" - JUDGE FELDMAN |
| SHOE SHOW, INC. D/B/A SHOE DEPT. ENCORE, | § | |
| ABC INSURANCE COMPANY, | § | |
| SCHINDLER ELEVATOR CORPORATION, | § | |
| AND DEF INSURANCE COMPANY | § | DIV. 5 – MAG. JUDGE NORTH |

**LIST OF ALL PARTIES AND PLEADINGS**

Defendant Schindler Elevator Corporation submits the following information in compliance with the Local Rules, pursuant to 28 U.S.C. § 1447(b).

*List of Parties and Counsel:*

1. *Suncia Lawson and Minnie Reed, Plaintiffs*
   Through their counsel of record:
   Jason N. Baer, Esquire
   Email: jbaer@baerlawllc.com
   Joshua A. Stein, Esquire
   Email: jstein@baerlawllc.com
   BAER LAW, LLC
   3000 Kingman St., Ste. 200
   Metairie, LA 70006
   Telephone: 504-372-0111
   Facsimile: 504-372-0151
   - and -
   Michael S. Brandner, Jr., Esquire
   Email: mbrandner@mikebrandner.com
   Scot Koloski, Esquire
   Email: skoloski@mikebrandner.com
   MIKE BRANDER INJURY ATTORNEYS
   2000 Clearview Pkwy., Ste. 201
   Metairie, LA 70001
   Telephone: 504-345-1111
   Facsimile: 504-521-7550

2. *Schindler Elevator Corporation, Defendant*
   Through its counsel of record:
   Christopher J. Aubert, Esquire
   Email: caubert@aubertlaw.com
   James P. Meyer, Esquire
   Email: jmeyer@aubertlaw.com
   THE AUBERT LAW FIRM
   222 North Vermont Street
   Covington, Louisiana 70433
   Telephone: (985) 809-2000
   Facsimile:  (985) 809-2001

3. *Oakwood Shopping Center, LLC, Defendant*
   No appearance has been made.

4. *Shoe Show, Inc. d/b/a Shoe Dept. Encore, Defendant*
   No appearance has been made.

*List of Pleadings Filed by Those Parties in State Court:*

1. Petition for Damages, filed by Plaintiffs (previously attached to Notice of Removal); and

2. Notice of Filing of Notice of Removal, filed by Schindler Elevator Corporation (previously attached to Notice of Removal).


**THE AUBERT LAW FIRM**


BY:  /s/ *Christopher J. Aubert*
CHRISTOPHER J. AUBERT, T.A.
Louisiana State Bar Association No. 14057
Email: caubert@aubertlaw.com
JAMES P. MEYER
Louisiana State Bar Association No. 14220
Email: jmeyer@aubertlaw.com
222 North Vermont Street
Covington, Louisiana 70433
Telephone: (985) 809-2000
Facsimile:  (985) 809-2001
ATTORNEYS FOR DEFENDANT
SCHINDLER ELEVATOR CORPORATION

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing List of All Parties and Pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following counsel, by operation of the Court's electronic filing system, this 14th day of May 2019:

>Jason N. Baer, Esquire
>Email: jbaer@baerlawllc.com
>Joshua A. Stein, Esquire
>Email: jstein@baerlawllc.com
>BAER LAW, LLC
>3000 Kingman St., Ste. 200
>Metairie, LA 70006
>- and -
>Michael S. Brandner, Jr., Esquire
>Email: mbrandner@mikebrandner.com
>Scot Koloski, Esquire
>Email: skoloski@mikebrandner.com
>MIKE BRANDER INJURY ATTORNEYS
>2000 Clearview Pkwy., Ste. 201
>Metairie, LA 70001
>ATTORNEYS FOR PLAINTIFFS

                                            /s/ *Christopher J. Aubert*
                                            CHRISTOPHER J. AUBERT