## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

WILLIAM W. BLEVINS                                              500 POYDRAS ST. ROOM C-151

CLERK                                                                          NEW ORLEANS, LA  70130

June 19, 2019

Clerk
24th Judicial District Court
Parish of Jefferson
PO Box 10
Gretna, LA 70054

                                    RE:  Suncia Lawson et al
                                             v.
                                        Oakwood Shopping Center, LLC et al
                                        Civil Action No. 19-10339, F (5)
                                        Your No. 793-482 G

Dear Sir:

     I am enclosing herewith a certified copy of an order entered by this court on 06/19/2019 remanding the above-entitled case to your court.

                                               Very truly yours,

                                               WILLIAM W. BLEVINS, CLERK

                                         By: _____
                                                    Deputy Clerk

Enclosure